**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JASON WARD, | ) | |
| | ) | |
| Plaintiff, | ) | 12 C 8502 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Robert W. Gettleman |
| | ) | |
| THOMAS DART et. al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

NOW COMES DEFENDANTS, Officer William Pelarenos, and Cook County, by their attorney ANITA ALVAREZ, State's Attorney of Cook County, through her assistant, Assistant State's Attorney RICHARD O. CHERRY, and, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (FRCP), state as follows:

1. That Defendants were served with Plaintiff's complaint on or about October 26, 2012, through certified mail.

2. That Defendants in this matter are represented by the Office of the Cook County State's Attorney.

3. The undersigned attorney was assigned to the case on October 29, 2012.

4. The undersigned will order all Cook County Sheriff records for this matter immediately. Once the undersigned attorney is in receipt of all relevant records regarding the incident alleged in the complaint, he will have to determine whether an answer or dispositive motion should be filed on behalf of the defendants, and

subsequently served defendants. If an answer is to be filed, the undersigned must meet with all served defendants to prepare their answers and determine whether any conflict in representation exists.

5. The undersigned attorney is not being dilatory in bringing this motion, and apologizes to this Honorable Court for any inconvenience that this extension may cause.

6. The undersigned attorney requests a continuance until January 4, 2013, for filing responsive pleadings.

WHEREFORE, the Defendants respectfully request that this Honorable Court vacate any defaults, technical or otherwise that may have been entered, and grant an enlargement of time until January 4, 2013, to move, answer or otherwise plead in this matter.

        Respectfully submitted,
        ANITA ALVAREZ
        State's Attorney of Cook County

By: */s/Richard O. Cherry*_____
        Richard O. Cherry
        Assistant State's Attorney
        500 Richard J. Daley Center
        Chicago, Illinois 60602
        (312) 603-5480
        6285913